IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CARL DAVIS VAUGHN, JR, )
)
       Plaintiff, )
)
  v. ) 1:23-cv-778
)
ALLY FINANCIAL, INC., and )
BRADLEY J. BROWN, )
)
       Defendants. )

## ORDER

On February 1, 2024, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 5, 6.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 5), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff either paying the appropriate filing fee and proceeding with counsel, or re-filing a new Complaint and a new Application to Proceed In Forma Pauperis as an individual on his own behalf for further review.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of March, 2024.

/s/ William L. Osteen, Jr.
United States District Judge